UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 10-70444

BILL JOSEPH MESSER,  Chapter 7

        Debtor.  Judge Thomas J. Tucker
_____/

VIRGINIA H. CHAMBERLAIN, et al.,

        Plaintiffs,

v.  Adv. Pro. No. 10-7612

BILL JOSEPH MESSER,

        Defendant.
_____/

## ORDER DENYING MOTIONS FOR SUMMARY JUDGMENT

This adversary proceeding is before the Court on Plaintiffs' motion for summary judgment (Docket # 31), and on Defendant's motion for summary judgment (Docket # 39). Today the Court has filed a written opinion regarding these motions. For the reasons stated by the Court in the written opinion,

IT IS ORDERED that Plaintiffs' motion for summary judgment (Docket # 31) is denied.

IT IS FURTHER ORDERED that Defendant's motion for summary judgment (Docket # 39) is denied.

**Signed on October 18, 2013**          /s/ Thomas J. Tucker
        **Thomas J. Tucker**
        **United States Bankruptcy Judge**